Ruthie Hullett
249 Ledbetter Lane
Denison, TX 75021



FILED

JUN - 7 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE DISTRICT COURT OF THE UNITED

STATES DISTRICT OF TEXAS

| | | |
|---|---|---|
| Ruthie Hullett ] | Case # | **4:21cv429-ALM-CAN** |
| Plaintiff ] | Demand For Trial By Jury | |
| Vs. ] | Reserve The Right To Amend | |
| Deanna Patterson ] | | |
| Bruce Stidham ] | | |
| STATE OF TEXAS ] | | |
| Defendant's ] | | |

## 5.5 MILLION DOLLAR CIVIL COMPLAINT FOR VIOLATION OF THE CONSTITUTION, VIOLATION 18 USC SEC. 241, AND 18 U.S.C CODE SEC 242 DEPRIVATION Of RIGHTS UNDER COLOR OF LAW CONSPIRACY AGAINST RIGHTS, RACKETEERING, AND VIOLATION OF THE IRS CODE

_[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

COMES NOW, Ruthie Hullett, proceeding *in propia persona*, and I' have reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law. The code is complimentary to the common law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the common law, unless there is a clear legislative intent to abrogate the common law. The code was written as not to abolish the common law entirely. I was not involved with an international maritime contract, so in good faith, I deny that such a contract exists, and demand the court proceed under Common Law Jurisdiction. I'm only aware of two jurisdiction the court can operate under as per the Constitution, and those jurisdiction are Common Law, and Admiralty Jurisdiction. If the court chooses to proceed under Admiralty Jurisdiction, I' will need the court

1
Property Tax Lawsuit
1
Property Tax Lawsuit

to inform me where I' can find the rules of procedures for admiralty jurisdiction for my review, to avoid a violation of my due process, which will result in a civil claim against the court for obstruction of the administration of justice.

Plaintiff, files his civil lawsuit for violation of Constitutional Rights pursuant to 18 U.S.C Sec. 241, and Sec. 2414 Conspiracy against Rights, and Racketeering Statutes (R.I.C.O.) and states: Plaintiff is suing the county recorder of deeds office, and the State of Texas, for Conspiracy against rights for unlawful property tax collections, racketeering, violation of the IRS Code, and unlawfully re-classifying plaintiff property for the sole purpose of taxation. There is no law that requires Private Owners to Record their private property deeds, in the county recorder's office. These crimes are in Federal Subject Matter Jurisdiction by way of Acts of Congress, such as the Civil Rights Act 1866, the Sherman Antitrust Act, and the Internal Revenue Code, titles 15-18-26- of U.S. Code.

The recorder of records office has a "good Faith" obligation to explain "full disclosure" and serve written notice in advance, of the legal incapacities and disabilities which were about to befall the plaintiff by recordation , See: U.C.C. 1-203, and 1-201 (25, 26,27). real property was re-classified, without permission, for the sole purpose of taxation. This is the firm basis for this lawsuit. A personal property tax on a free sovereign, private individual must be Constitutional, and applied as the Constitution regulates it. Any other means of collecting property taxes outside of the constitution makes the tax collection void in law. Plaintiff has the right to know why she is being taxed, and to know that it is a legal taxation which represents their interests. The unlawful collection of property taxes is not only immoral and unethical, it is criminal and a violation of the plaintiff's civil rights. Most every tax sale of property occurs without ANY Due Process... that is, there has been no court hearing, no judgment, no adjudication of all facts, and no consideration given for the actual laws regarding the tax in the first place. "If money is wanted by rulers who have in any manner oppressed the People, they may retain it until their grievances are redressed, and thus peaceably procure relief, without trusting to despised petitions or disturbing the public tranquility." Journals of the Continental Congress. 26 October, 1774Â©1789. Journals 1: 105Â©13. All government officials and agencies, including all State legislatures, are bound by the Constitution and must NOT create any defacto laws which counter the Constitution.

## I. The Parties:

1.1. This action concerns certain real property, of which, Plaintiff, Ruthie Hullett, an individual residing in the State of Texas, County of Grayson, and is the purchaser of the 3 tracts of real property, located at 249 Ledbetter Lane, Denison, Texas, and claims an equitable and beneficial right of title to the real property described herein at all times relevant from and after November 20, 2002, Grayson County Texas Register of Deeds office located at 100 W. Houston St #17, Sherman, TX 75090.

## II. The Constitution and Taxes:

2.1 There are only two kinds of taxes - direct and indirect. **Direct taxes are prohibited by the Constitution - not once but twice.**

2.2 Direct taxes are taxes on that which you already own, and there may be no direct taxes under any circumstances short of a state of war, and then only if the taxes are equally apportioned among the Union states.

2.3 The other type of tax is the indirect tax. Indirect taxes are taxes on a particular activity or taxes levied at the point of purchase. If you do not want to pay the tax, don't engage in the taxed activity or don't purchase the taxed item.

2.4 The law (Constitution) says," We the People" grant to government, permission to exist to regulate commerce with the State government corporation, providing within these restrictive terms, "nor shall private property be taken for public use (zoning, building permit, license, taxes, etc.) without just compensation." (Bill of Rights, Amendment Article V) "No person shall... nor shall any person... nor be deprived of life, liberty, or property, without due process of law. Purchase, or condemnation for public use and compensation with just consideration of value therefore.

2.5 "This Constitution, and the laws of the United States which shall be made in pursuance thereof;... shall be the supreme law of the land; and the judges in every state shall be bound thereby... The Senators and Representatives and members of the State legislature, and all executive and judicial officers of the United States and the several States, shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."

2.6 The Constitution of the united States of America, Article VI, Cl 2, 3. "The United States is entirely a creature of the Constitution. Its power and authority have no other source. It can only act in accordance with all the limitations imposed by the Constitution." Reid v Covert 354 US 1, 1957.

## III. Any Laws Created By Government Which Are Repugnant To The Constitution Carry No Force of Law And Are Void:

3.1 "The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one.

3.2 An unconstitutional law cannot operate to supersede any existing law.

3.3 Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution JTM) it is superseded thereby.

3.4 No one is bound to obey an unconstitutional law and no courts are bound to enforce it." Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); NORTON v. SHELBY COUNTY, 118 U.S. 425 (1886). See also Bonnett v Vallier, 136 Wis 193, 200; 116 NW 885, 887 (1908); State ex rel Ballard v Goodland, 159 Wis 393, 395; 150 NW 488, 489 (1915); State ex rel Kleist v Donald, 164 Wis 545, 552-553; 160 NW 1067, 1070 (1917); State ex rel Martin v Zimmerman, 233 Wis 16, 21; 288 NW 454, 457 (1939); State ex rel Commissioners of Public Lands v Anderson, 56 Wis 2d 666, 672; 203 NW2d 84, 87 (1973); and Butzlaffer v Van Der Geest & Sons, Inc, Wis, 115 Wis 2d 539; 340 NW2d 742, 744-745 (1983).

3.5 "Thus, the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the Constitution is void;" and the courts, as well as other departments, are bound by that instrument." Marbury v Madison, 5 US 1803 (2 Cranch) 137, 170?180, and NORTON v. SHELBY COUNTY, 118 U.S. 425.

3.6 "When an act of the legislature is repugnant or contrary to the constitution, it is, ipso facto, void." 2 Pet. R. 522; 12 Wheat. 270; 3 Dall. 286; 4 Dall. 18.

3.7 "[p]owers not granted (to any government) are prohibited." United States v. Butler, 297 U.S 1, 68 (1936).

3.8 "Insofar as a statute runs counter to the fundamental law of the land, (constitution) it is superseded thereby." (16 Am Jur 2d 177, Late Am Jur 2d. 256), "...all laws which are repugnant to the Constitution are null and void' (Marbury v Madison, 5 US 1803 (2 Cranch) 137, 174, 170).

3.9 "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." - Miranda v. Arizona, 384 U.S. 436, 491.

3.10 "The claim and exercise of a constitutional right cannot be converted into a crime." Miller v. U.S., 230 F 2d 486, 489.

3.11 "There can be no sanction or penalty imposed upon one because of this exercise of Constitutional rights."- Sherar v. Cullen, 481 F. 945.

3.12 To disregard Constitutional law, and to violate the same, creates a sure liability upon the one involved: *"State officers may be held personally liable for damages based upon actions taken in their official capacities." Hafer v. Melo, 502 U.S. 21 (1991).*

## IV. The Plaintiff Challenges Any Taxing Activities By Government As To Their Validity And Legal Standing:

4.1 "Anyone entering into an arrangement with the government takes the risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of limitations upon his authority."
4.2 The United States Supreme Court, Federal Crop Ins. Corp, v. Merrill, 332 US 380-388 L1947) "The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way.

4.3 His power to contract is unlimited.

4.4 He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to criminate him.

4.5 He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life and property.

4.6 His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution.

4.7 United States Supreme Court reminds us in Hale v. Henkel, 201 U.S. 43 (1906): "The legal right of an individual to decrease or ALTOGETHER AVOID his/her taxes by means which the law permits cannot be -doubted" --Gregory v. Helvering, 293 U.S. 465.

4.8 "The fact is, property is a tree; income is the fruit; labour is a tree; income the fruit; capital, the tree; income the 'fruit.' The fruit, if not consumed (severed) as fast as it ripens, will germinate from the seed... and will produce other trees and grow into more property; but so long as it is fruit merely, and plucked (severed) to eat... it is no tree, and will produce itself no fruit." Waring v. City of Savennah. 60 Ga. 93, 100 (1878.

4.9 The point being made is that the tree (private property, land, wages, salaries, compensation) is NOT taxable, while the "fruit" (or "income" FROM said property or wages) of the tree CAN possibly be taxed, (but only according to constitutional provisions).

4.10 Tax upon income derived from, say, rental property, CAN be taxed, but ONLY according to the Constitution, because the tax does NOT diminish "tree," the principal, or lessen the value of the person or property.

4.11 Property taxation diminishes the "tree" itself, (the wealth of the person) thereby creating a possible situation where the tree could disappear because of the tax.

### V. Property Taxation in Grayson County:

5.1 Property taxation must fall within constitutional guidelines set forth for all People of our community. To be applied other than under Constitutional parameters is to make such a law or application null and void and is a violation of our constitutional rights.

5.2 Direct taxes must be "**apportioned** among the several states which may be included within this Union". [See Article I, Section 2, Clause 3 and Article 1, Section 9, Clause 4.] These include

taxes directly upon people or personal property."...all duties, imposts and excises [indirect taxes], shall be **uniform** throughout the United States". [See Article I, Section 8, Clause 1.]

5.3 "Apportionment" means according to the census... the actual number of people in the county or state. "Uniform throughout the United States" means the tax is the same everywhere, such as alcohol, tobacco and other excise taxes, where all Americans pay the same tax regardless of the state they are in.

5.4 "Thus, in the matter of taxation, the Constitution recognizes the two great classes of direct and indirect taxes, and lays down two rules by which their imposition must be governed, namely: the rule of apportionment as to direct taxes and the rule of uniformity as to duties, imposts and excises." ...determining that, the classification of Direct adopted for the purpose of rendering it impossible for the government to burden, by taxation, accumulation of property, real or personal, except subject to the regulation of apportionment..." Pollock v. Farmers' Loan &amp; Trust Co. 158, U.S. 601, at 637 (1895).

5.5 "The name of the tax is unimportant that it is the substance and not the form which controls;' that the limitations of the constitution cannot be 'frittered away' by calling a tax indirect when it is in fact direct." Pollock v. Farmers' Loan and Trust Co., 157 U.S. 429, 580?1, 583 (1895. "That decision affirms the great principle that what cannot be done directly (direct taxation) because of constitutional restriction cannot be accomplished indirectly by legislation which accomplishes the same result." Fairbanks v. U.S. 181 U.S. 283, 294 (1901).

5.6 "If it be true by varying the form the substance may be changed, it is not easy to see that anything would remain of the limitations of the constitution, or of the rule of taxation and representation, so carefully recognized and guarded in favor of the citizen of each state.

5.7 But constitutional provisions cannot be thus evaded. It is the substance, and not the form, which controls, as has been established by repeated decisions of this court." Id. At 296.

5.8 The Constitution of the United States of America and Case law shows that capitation taxes and taxes on personal private property are in the category of direct taxes as being applied to Plaintiff today by Grayson County, but which must be apportioned among the States as required by the United States Constitution if it is a direct tax. (See Supreme Court Case law - Penn

Mutual Indemnity Co. v. C.I.R., 277 F.2d 16, 19-20 (3rd Cir. 1960); Steward Machine Co. v. Davis, 301 U.S. 548, 581-582 (1937)).

5.9 The Constitution of the United States of America and Case law shows that since capitation taxes and taxes on personal private property must be apportioned among the States in accordance with the United States Constitution, and plaintiff's personal private property tax is NOT being legally apportioned among the States (or State of Texas) by Grayson County, they must, therefore, be in the category of indirect taxes, which are taxes imposed on the happening of an event or activity.

5.10 "Direct taxes bear immediately upon persons, upon possessions and enjoyments of rights.
5.11 Indirect taxes are levied upon the happening of an event..." Knowlton v. Moore. 178 U.S. 41. See also, Tyler v. United States, 281 U.S. 497, at 502 (1930)

5.12 "A tax laid upon the happening of an event as distinguished from its tangible fruits, is an indirect tax..." Tyler v. U.S. 497 at pg 502 (1930)

5.13 "A tax levied upon property because of its ownership is a direct tax, whereas one levied upon property because of its use is an excise, duty or impost." Manufactures' Trust Co. vs. U.S., 32 F. Supp. 289.

5.14 "A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution." Murdock vs. Com. of Penn., 319 US 105, at 113; 63 S Ct at 875; 87 L Ed at 1298 (1943)

5.15 All Citizens have the right to a home and personal property, and this property cannot be taxed unless in accordance with the two forms of Constitutional taxation mentioned above.

5.16 "Keeping in mind the well settled rule, which the citizen is exempt from taxation, unless the same is imposed by clear and unequivocal language, and that where the construction of a tax is doubtful, the doubt is to be resolved in favor of those upon whom the tax is sought to be laid." Spreckles Sugar Refining Co. vs. McLain: 192 US 397.

5.17 In Grayson County records or documentation, Plaintiff cannot find any tax imposed on any activities she is involved in as rights under the **Constitution**, nor does she find a section in the

Texas Revised Statutes or county law that makes her subject to or liable for any direct or indirect, unconstitutionally applied private property tax.

## VI. Jurisdiction

6.1 The Constitution and 28 U.S.C. § 1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law.

6.2 The Constitution vests federal courts with the authority to hear cases "arising under the Constitution [or] the Laws of the United States." U.S. Const. art III, § 2. Congress vests federal district courts with subject-matter jurisdiction over cases involving questions of federal law:
6.3 "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

## VII. Reservation Of Rights

7.1 I have reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law.

7.2 The code is complimentary to the common law, which remains in force, except where displaced by the code.

7.3 A statute should be construed in harmony with the common law, unless there is a clear legislative intent to abrogate the common law.

7.4 The code was written as not to abolish the common law entirely.

7.5 I was not involved with an international maritime contract, so in good faith, I deny that such a contract exists, and demand the court proceed under Common Law Jurisdiction.

7.6 I'm only aware of two jurisdiction the court can operate under as per the Constitution, and those jurisdiction are Common Law, and Admiralty Jurisdiction.

7.7 If the court chooses to proceed under Admiralty Jurisdiction, I' will need the court to inform me where I' can find the rules of procedures for admiralty jurisdiction for my review, to avoid a violation of my due process, which will result in a civil claim against the court for obstruction of the administration of justice.

## VIII. Legal Prejudice:

8.1 Legal prejudice refers to a condition shown by a party that will defeat the action of an opposing party.

8.2 In other words, it is a fact or condition which may defeat the opposing party's case, if the same is established or shown by a party to litigation.

8.3 The normal process in which the county recorder's operates will verify the illegal operation of re-classification of property for the sole purpose of unlawful taxation.

## IX. There is No Law Requiring Property Owners To Record Their Property With The County Recorder's Office

10.1 It is an indirect tax, levied because you have voluntarily used government services, and also because your property has been classified as a commercial piece of property.

10.2 There is no law requiring a real property owner to record her property with the County Recorder.

10.3 Therefore, when a person's attorney records their property in the county recorder's office, they are using government services which they are not required to use. The property tax allegedly goes to pay for those services.

10.4 When the attorney recorded plaintiff's property, plaintiff unknowingly enter into a Trustor/Trustee relationship, in which plaintiff's real property was transferred into a government trust, and plaintiff was given authorized permission to use their property (warranty deed).

## XI. Illegal Commercial Re- Classification of Real Property:

11.1 Plaintiff's property tax is based on a commercial classification which has been assigned to her real property.

11.2 Plaintiff's property was wrongfully re- classified as agricultural, industrial or residential.

11.3 Each of these are commercial in nature (the legal definition of "resident" is a class of government official; residential is a house in which a government official lives).

11.4 Plaintiff's recorded property is unlawfully being used to collateralize government loans, and has a public debt attached to it.

11.5 Plaintiff's real property has been re-classified, without her permission, for the sole purpose of taxation. This is the firm basis for the lawsuit.

### XII. Facts of The Dispute:

12.1 A lawyer "Recorded" plaintiff's land property (rights) "DEED" in their corporate States "Recorder of Deeds" office without the plaintiff's knowledge or consent.

12.2 Attorney who filed plaintiff's deed in the county recorder's office had a conflict of interest due to his "sworn oath" to support "The State" and its corporate municipal subdivisions.

12.3 Plaintiff's real property was re-classified, without her/his permission, for the sole purpose of taxation. This is the firm basis for a lawsuit.

12.4 The law required all deeds to land or property rights purchased or condemned for public use be purchased and recorded in the local county court "Recorder of Deeds Office"

12.5 There is no law that requires Private Owners to Record their private property deeds, in the county recorder's office.

12.6 When the attorney placed the plaintiff's "document of title" in their records the attorney created a secret Constructive Quasi "Trust" on the presumption that their "State corporation" has "**AN interest in plaintiff's** land, and they now control plaintiff's property rights such as "possession" ect, and plaintiff has been forced to pay annual fee (tax) in "return" for benefit.

12.7 When the attorney voluntarily placed the plaintiff's property deed into "Their" corporate records, it forced the plaintiff to be a "Debtor to the State" (see "who may be a debtor" – 11, U.S Code, Section 108).

12.8 The attorney without plaintiff's consent recorded the deed thereby selling plaintiff's land into captivity (slavery) of their government corporation.

12.9 Had the deed not been recorded no bank can place a mortgage against it, no one else Sherriff, IRS, tax agency, would be able to place a lien.

12.10 Plaintiff's land property was posted as security for the governments debts, with the U.S. Department of Commerce.

12.11 When the State accepts loans from the Federal government (corporate United States) the State hypothecates/post the deed to the plaintiff's land as security for its debts.

12.12 Some of the benefits of the illegal control are, the privileges of applying to the government corporation for "building permit" to regulate plaintiff's land use, and control of usage by zoning, land use plans, certificate of Occupancy's, and architectural approval committees, the compelled acceptance of government sewer, storm damage control, and other government granted/compelled benefits and privilege of paying taxes to pay for them.

12.13 Plaintiff is damaged by having his deed on record as an asset of the corporate state government, and since it is pledged as collateral for a debt which Plaintiff supposedly owe, The State had pledged in turn, plaintiff's land deed as security/collateral for the State's debts.

### XIII. Scheme To Defraud- Damages:

13.1 Plaintiff's real property was re-classified, without her/his permission, for the sole purpose of taxation.

13.2 There is no law that requires Private Owners to Record their private property deeds, in the county recorder's office.

13.3 When the attorney placed the plaintiff's "document of title" in their records the attorney created a secret Constructive Quasi "Trust" on the presumption that their "State corporation" has "**AN interest in plaintiff's** land, and they now control plaintiff's property rights such as "possession" ect, and plaintiff has been forced to pay annual fee (tax) in "return" for benefit.

13.4 Some of the benefits of the illegal control over the plaintiff's property benefits are, the privileges of applying to the government corporation for "building permit" to regulate plaintiff's land use, and control of usage by zoning, land use plans, certificate of Occupancy's, and architectural approval committees, the compelled acceptance of government sewer, storm damage control, and other government granted/compelled benefits and privilege of paying taxes to pay for them. Plaintiff was damaged by this unlawful seizure of his/her property when control of his property away stripped away and plaintiff had to request permission to enjoy his property. Plaintiff was also damaged when forced to make unlawful property tax payments for years or risk losing the property to the city for nonpayment of unlawful taxes.

## IXV. <u>Violation of The Internal Revenue Code:</u>

14.1 The defendants violated the I.R.S. Code § 15, 18, 26 of the Code.

## XV. <u>Elements For Common Law:</u>

15.1 Controversy (The listed defendants)

15.2 Specific Claim (Violation of the Constitution, 18 u.s.c. 241, sec. 2414, R.I.C.O. and the IRS Code)

15.3 Specific Remedy Sought by Claimant: my deed removed from the recorder's office and returned to my possession, 5.5 million dollars damages for undue emotional and financial hardships, the debt attached to the property to be discharged.

15.4 Claim is Sworn To By (Affidavit of Verification attached), and I will verify in open court that all herein be true.

## XVI. <u>The Claims;</u>

**First Claim: Unlawful Taxation**

16.1 Plaintiff was charged a direct tax on that which she already owned;

**Second Claim: Violation of The Constitutional:**

16.2 Direct taxes are prohibited by the Constitution

**Third Claim: Conspiracy Count-1**

16.3 There is no law requiring a real property owner to record his property with the County Recorder.

**Fourth Claim: Conspiracy Count- 2**

16.4 Plaintiff was forced to use government services which were not required by law.

**Fifth Claim: Conspiracy Count- 3**

16.5 Plaintiff's property was unlawfully transferred into a government trust.

**Sixth Claim: Conspiracy Count -4**

16.6 Plaintiff was forced to seek authorized permission to use their property (warranty deed).

**Seventh Claim: Conspiracy Count- 5**

16.7 Plaintiff's property was unlawfully re- classified as commercial for the sole purpose of taxation.

**Eight Claim: Conspiracy Count-5**

16.8 Plaintiff's real property was recorded and used to collateralize government loans.

**Ninth Claim: Conspiracy Count- 6**

16.9 Plaintiff's real property has public debt attached to it.

**Tenth Claim: Conspiracy Count - 7**

16.10 The attorney created a secret Constructive Quasi "Trust" when he recorded plaintiff's land without consent.

**Eleventh Claim: Violation of IRS Code Count- 1**

16.11 Violation of I.R.S. 26 U.S. Code § 15.

**Twelfth Claim: Violation of IRS Code Count- 2**

16.12 Violation of I.R.S. 26 U.S. Code § 18

**Thirteenth Claim: Violation of IRS, Code Count- 3**

16.13 Violation of I.R.S. 26 U.S. Code § 26

**Notice of RICO Crimes Count One:**

16.14 The Douglas County Recorder of Records unlawfully re-classified plaintiff's private property without permission, for the sole purpose of taxation.

**Twelfth Claim RICO: Count Two**

16.15 Defendant's misconduct affects Interstate Commerce._____

### Thirteenth Claim RICO: Count Three

16.16 The unlawful enforcement for property taxes clearly constitute financial fraud

### Fourteenth Claim RICO: Count Four

16.17 Two or more similar acts of fraud, mail fraud or extortion having occurred...

### Fifteenth Claim RICO: Count Five

16.18 Pattern is likely to continue.

### Sixteenth Claim: Slander of Credit

16.19 The defendants false credit reports provided to the credit reporting agencies damaged plaintiff's credit history.

### Seventeenth Claim: Infliction of Emotional Distress

16.20 The defendants have intentionally or negligently taken actions which have caused the plaintiffs severe emotional distress.

**Wherefore**, having set forth various causes of action against the defendants, the plaintiffs pray for the following relief:

1. To have the plaintiff's deed removed from the county recorder's office and returned to the plaintiff.

2. To have the actions of defendants be determined to be unfair and deceptive business practices in violation of Federal Laws.

3. To have the alleged tax debt discharged.

4. To have the public debt attached to the plaintiff's property discharged.

5. Order an investigation into the defendant's for R.I.C.O. violations.

6. To be awarded compensatory and punitive damages in the amount of 5.5 million dollars for punitive damages, and emotional stress.

7. That the Court grant any other relief that may be just or equitable.

*[signature]*   6-7-21

## CERTIFICATE OF MAILING

A copy of this document will be served on the parties by the U.S. Marshals, and a copy will be mailed to the parties return receipt via U.S.P.S.

*Ruthie Hullett* (signature)

Ruthie Hullett

Mailed to the following

**Deana Patterson**

100 W. Houston St. #17

Sherman, TX 75090


**Bruce Stidham**

**Grayson County Tax Assessor**

PO Box 2107

Sherman, TX 75091-2107


**Ken Paxton, Texas Attorney General**

209 W 14th St

Austin, TX 78701

## VERIFICATION:

I' Ruthie Hullett, declare under penalty of perjury in accordance with the Laws of the United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

_[signature]_ on this __3__ th Day, of __June__ 2021

Ruthie Hullett

On this __3rd__ day of __June__, 6/3/2021 before me, the undersigned, a Notary Public in and for the State of Texas, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he has Executed the same.

Signed: __Kathy R Sprayberry__

Printed Name: __Kathy Sprayberry__

My Commission Expires: __6/9/24__

Date: __6/3/21__  Common Law Seal: _[notary seal]_

KATHY R. SPRAYBERRY
Notary Public, State of Texas
Comm. Expires 06-09-2024
Notary ID 130694685

17
Property Tax Lawsuit