# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RUTHIE HULLETT § | |
| § | Civil Action No. 4:21-CV-429 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| DEANNA PATTERSON, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 8, 2021, the report of the Magistrate Judge (Dkt. #15) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Ruthie Hullett's claims in the instant action be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) and 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that *pro se* Plaintiff Ruthie Hullett's case be **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 14th day of January, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE